IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEXTER BROWN,

        Plaintiff,                    No. 2:11-cv-3441 EFB P

    vs.

HUME, et al.,

                                   ORDER AND
        Defendants.         FINDINGS AND RECOMMENDATIONS

_____/

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1). On April 16, 2012, the court dismissed plaintiff's complaint with leave to amend. The dismissal order explained the complaint's deficiencies, gave plaintiff 30 days to file an amended complaint correcting those deficiencies, and warned plaintiff that failure to file an amended complaint would result in a recommendation that this action be dismissed for failure to state a claim. Despite an extension of time, the time for acting has passed, and plaintiff has not filed an amended complaint or requested additional time to so.

////

////

////

1

1     Accordingly, is hereby ORDERED that the Clerk of the Court randomly assign a United States District Judge to this case.

    Further, IT IS HEREBY RECOMMENDED that this action be DISMISSED for failure to state a claim and for failure to prosecute.  28 U.S.C. § 1915A(b); Fed. R. Civ. P. 41(b).

    These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

Dated:  July 12, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE