IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEXTER BROWN,

    Plaintiff,                    No. 2:11-cv-3441 GEB EFB P

    vs.

HUME, et al.,

    Defendants.          ORDER

_____/

    After this civil rights action was closed and judgment duly entered, *see* Dckt. Nos. 24, 25, plaintiff filed notice of voluntary dismissal, Dckt. No. 26. The court takes no action on plaintiff's filing as this case is now closed. Plaintiff is hereby informed that the court will not respond to future filings in this action that are not authorized by the Federal Rules of Civil or Appellate Procedure.

    So ordered.

Dated: September 12, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE